# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                                                                    **CASE NO: 6:25-cv-67-GAP-DCI**

**AWH ORLANDO PROPERTY, LLC**
**d/b/a Doubletree by Hilton Hotel**

## ORDER

Upon consideration the Consent Decree (Doc. 9) resolving the Complaint and outlining the requirements to be performed by the Defendant filed on February 5, 2025, it is

**ORDERED** that the Clerk is directed to close the case.

**DONE** and **ORDERED** this 5th day of February, 2025.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record